PERCY S. HILDRETH, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Hildreth* v. *City of New York*, 138 App. Div. 103, affirmed.
(Argued December 6, 1911; decided December 22, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 8, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to recover for an alleged breach of contract.

*William D. Leonard* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Clarence L. Barber* and *Theodore Connoly* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.